## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.   CASE NO. 8:03-CR-226-T-17-MSS

DEMETRIUS MCLAUGHLIN
_____/

### ORDER

This cause comes before the Court on the defendant's *pro se* Motion for New Trial and/or Evidentiary Hearing Pursuant to Fed.R.Crim.Pro. Rule 33, Newly Discover (sic) Evidence in Compliance with Brady and Giglio Violation (Docket No. 312), response thereto (Docket No. 324), defendant's *pro se* Motion for Discovery and Inspection Pursuant to Rule 16 of the Fed.R.Crim.Pro. in Support of Motion for New Trial in Compliance with Rule 33 (Docket No. 314), and response thereto (Docket No.325).   The Court finds the responses to be persuasive and they are incorporated herein.  Accordingly, it is.

**ORDERED** that defendant's *pro se* Motion for New Trial and/or Evidentiary Hearing Pursuant to Fed.R.Crim.Pro. Rule 33, Newly Disover (sic) Evidence in Compliance with Brady and Giglio Violation (Docket No. 312) and defendant's *pro se* Motion for Discovery and Inspection Pursuant to Rule 16 of the Fed.R.Crim.Pro. in Support of Motion for New Trial in Compliance with Rule 33 (Docket No. 314) be **denied.**

**DONE AND ORDERED** in Chambers in Tampa, Florida this 20th day of April, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record